UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRIS NEWMAN,                                              07CIV5622 SWK

                       Plaintiff,                **AFFIDAVIT OF**
   -against-                                             **PERSONAL SERVICE**

METRO-NORTH COMMUTER RAILROAD,
and, JONES LANG LaSALLE

                       Defendants.
------------------------------------------------------------X
STATE OF NEW YORK   )
STATE OF NEW YORK   )
                      :ss.:
COUNTY OF NEW YORK )

    Milton Malave, being duly sworn, deposes and says:

  I am not a party to this action, I am over 18 years of age and I reside in Brooklyn, New York.

  On June 15, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

TO:   Metro-North Commuter Railroad
       347 Madison Avenue
       New York, NY 10017

  by leaving a true and accurate copy thereof with

Ms. Matthews, who identified him/herself as Receptionist.

    Description:   ☐ M   ☒ F

                     height: __5' 8"__

                     weight: __190 lbs__

                     age: __30-35__

                     hair Color: __Red__

Caucasian/African American/Asian/Hispanic/Indian/other <u>Caucasian</u>

                              (Signature of Server)      *Milton Malave* (signature)

                              (Print Name)          Milton Malave

Sworn to before me this
15th day of June, 2007

_____
Notary Public

MICHAEL H. ZHU
Notary Public, State of New York
No. 02ZH5058266
Qualified in Queens County
Commission Expires April 1, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Chris Newman

V.

METRO-NORTH COMMUTER RAILROAD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5622**

**JUDGE KRAM**

TO: (Name and address of Defendant)

Metro-North Commuter Railroad
347 Madison Avenue
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael H. Zhu, Esquire, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005

of counsel

Paul J. Riley, Esquire
Barish Rosenthal
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, Pa 19103



ACCEPTED ON BEHALF OF METRO-NORTH
JUN 1 5 2007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 3 2007

J. MICHAEL McMAHON

CLERK

DATE

(By) DEPUTY CLERK

| Index No. | Year | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS NEWMAN,

                              Plaintiff,

-against-

METRO NORTH COMMUTER RAILROAD and JONES LANG LaSALLE

                              Defendants.

## AFFIDAVIT OF PERSONAL SERVICE

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Chris Newman*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

---

To

Signature (Rule 130-1.1-a)

..............................................
Print name beneath

Attorney(s) for

Service of a copy of the within          is hereby admitted.

Dated,
                              ..............................................
                              Attorney(s) for

---

Please take notice

☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**
that an order            of which the within is a true copy will be presented for
settlement to the HON.            one of the judges
of the within named court, at
on                  at            M

Dated,
                              Yours, etc.
                              MICHAEL H. ZHU, ESQ.
                              *Attorneys for plaintiff Chris Newman*
To                              *Office and Post Office Address*
                              14 WALL STREET, 22ND FLOOR
                              NEW YORK, N.Y. 10005
Attorney(s) for