UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRIS NEWMAN,

                Plaintiff,

  -against-                              RULE 7.1 STATEMENT

                                        07 Civ. 5622 (J. Kram)

METRO-NORTH COMMUTER RAILROAD
and JONES LANG LaSALLE,

                Defendants.
-----------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York        RICHARD K. BERNARD
       June 28, 2007                  GENERAL COUNSEL

                                     BY:___S/_____
                                        Ioana Wenchell – IW/4775
                                        Attorneys for Defendant,
                                        Metro-North Commuter Railroad
                                        347 Madison Avenue
                                        New York, New York  10017
                                        (212) 340-2203