UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CHRIS NEWMAN                                          07-CV-5622 [DAB]

                          Plaintiff,         **NOTICE OF**
        -against-                            **MOTION FOR**
                                             **ADMISSION**
                                             **PRO HAC VICE**

METRO NORTH COMMUTER RAILROAD, JONES
LANG LASALLE,

                          Defendants.
----------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed attorney affirmation of Michael H. Zhu, affidavit of Rudolph V. DeGeorge, II, Esq, in support of this Motion and the Certificate of Good Standing annexed thereto, that on _____, 2007 the undersigned will move this Court before the Honorable Deborah A. Batts, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.13(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York for an Order allowing the admission of movant, Rudolph V. DeGeorge, II, Esquire a member in good standing of the Bar of Pennsylvania, an attorney pro hac to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against either Mr. DeGeorge or your affirmant in any State of Federal Court.

Dated:    New York, New York
          August 22, 2007

Michael H. Zhu, Esq., P.C.

BY: _____

Michael Zhu, Esquire
Attorneys for Plaintiff
Chris Newman
14 Wall Street, 22nd Floor
New York, New York 10005
(212) 227-2245

TO:   Ioana Wenchell, Esq.
      Metro-North Commuter Railroad
      347 Madison Avenue
      New York, New York 10017

      Jones Lang LaSalle,
      25 Vanderbilt Avenue
      New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHRIS NEWMAN                                    07-CV-5622 [DAB]
                                                **AFFIRMATION IN**
                        Plaintiff,              **SUPPORT OF**
        -against-                               **MOTION FOR**
                                                **ADMISSION**
                                                **PRO HAC VICE**
METRO NORTH COMMUTER RAILROAD, JONES
LANG LASALLE,

                        Defendants.
----------------------------------------X

    Michael H. Zhu, an attorney duly admitted to practice
before the United States District Court in the Southern District
of New York, respectfully affirms under the penalties of
perjury, as follows:

    1.    I am co-counsel for Plaintiff.  As such, I am familiar
with the pleadings and proceedings in this action.

    2.    I submit this Affirmation in support of the instant
motion for an order pursuant to Local Rule 1.13(c) for the
admission *pro hac vice* of Rudolph V. DeGeorge, Esquire to
participate in the discovery, trial or argument of this
particular action, together with such other and further relief
as this Court may deem just an proper.

    3.    I have known the Barish Rosenthal and the candidate
Rudolph DeGeorge for more than one year professionally, and can
attest to his good character and moral standing and, as such,
hereby move for Mr. DeGeorge's admission to the bar of this

court for the purpose of co-representing the Plaintiff in this matter.

4.    Rudolph V. DeGeorge, Esquire has sworn that he is familiar with and will comply with the standards of professional conduct imposed upon members of the New York Bar, including the rules of court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

5.    Mr. DeGeorge has been a member of the bar of the Commonwealth of Pennsylvania since November 23, 1987.

6.    Mr. DeGeorge has never been subject to disciplinary proceeding in any jurisdiction and is a member in good standing in the aforesaid Court as reflected in the attached Certificate of Good Standing issued by the Supreme Court of Pennsylvania, marked as Exhibit "A" to Mr. DeGeorge's accompanying Affidavit.

Dated:    New York, New York
          August 22, 2007

Michael H. Zhu, Esq., P.C.

BY:    _____
       Michael Zhu, Esquire
       Attorneys for Plaintiff
       Chris Newman
       14 Wall Street, 22nd Floor
       New York, New York 10005
       (212) 227-2245

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
CHRIS NEWMAN                              07-CV-5622 [DAB]

                    Plaintiff,
        -against-                         **AFFIDAVIT**


METRO NORTH COMMUTER RAILROAD, JONES
LANG LASALLE

                    Defendants.
-----------------------------------------X

        Rudolph V. DeGeorge, II, Esquire, being duly sworn, hereby deposes and says as follows:

        1.    I am a practitioner of the law firm of Barish Rosenthal, 1717 Arch Street, Philadelphia, Pennsylvania since

        2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

        3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Supreme Court of Pennsylvania.

        4.    There are no pending disciplinary proceedings against me in any State or Federal Court.

        5.    Annexed hereto as Exhibit "A" is a Certificate of Good Standing from the Supreme Court of Pennsylvania.

        6.    Wherefore your Affiant respectfully submits that I should be permitted to appear as Counsel and advocate pro hac

vice in this case.

_____
Rudolph V. DeGeorge, II, Esq.

Dated:       Philadelphia, PA
             August 17, 2007

Sworn to and before me this /7
day of  August              , 2007.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE M. NUCIFORO, Notary Public
City of Philadelphia. Phila. County
My Commission Expires February 16, 2010



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Rudolph V. DeGeorge, II, Esq.*

**DATE OF ADMISSION**

*November 23, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 10, 2007**

John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHRIS NEWMAN                                  07-CV-5622 [DAB]

                        Plaintiff,

        -against-                             **ORDER FOR**
                                              **ADMISSION**
                                              **PRO HAC VICE**

METRO NORTH COMMUTER RAILROAD,
JONES LANG LaSALLE


                        Defendants.
----------------------------------------X


        **AND NOW**, this ___ day of, 2007 upon consideration of Mr.

Rudolph V. DeGeorge, II, Esq, Motion for Admission Pro Hac Vice,

pursuant to Local Rule 1.13(c), and any response thereto, said

Motion is **GRANTED**.

                                BY THE COURT:



                                _____

                                U.S.D.J.

## AFFIRMATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE, ATTORNEY'S AFFIRMATION AND AFFIDAVIT to defendants was served by first-class mail, postage prepaid, upon:

    Ioana Wenchell, Esq.
    Metro-North Commuter Railroad
    347 Madison Avenue
    New York, New York 10017

    Jones Lang LaSalle,
    25 Vanderbilt Avenue
    New York, NY 10017

on this 22nd  day of August, 2007.


                            Michael H. Zhu, Esq. PC
                            Attorneys for
                            Plaintiff Chris Newman

                            By: _____
                                Michael H. Zhu

                            14 Wall Street - 22nd Floor
                            New York, New York 10005-1198
                            (212) 227-2245