```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CHRIS NEWMAN                                    07-CV-5622 [DAB]

                    Plaintiff,
    -against-
                                                ORDER FOR
                                                ADMISSION
                                                PRO HAC VICE
METRO NORTH COMMUTER RAILROAD,
JONES LANG LaSALLE

                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                    Defendants.                 DOC #:
------------------------------------------X    DATE FILED: 9/05/07
```

AND NOW, this 5th day of Sept., 2007 upon consideration of Mr. Rudolph V. DeGeorge, II, Esq, Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.13(c), and any response thereto, said Motion is **GRANTED**.

BY THE COURT:

Thomas P. Griesa
U.S.D.J.