UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRIS NEWMAN,   07CIV5622 SWK

                         Plaintiff,   **AFFIDAVIT OF**
-against-   **PERSONAL SERVICE**

METRO-NORTH COMMUTER RAILROAD,
and, JONES LANG LaSALLE

                        Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK  )
                                :ss.:
COUNTY OF NEW YORK )

      Milton Malave, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Brooklyn, New York.

On June 18, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

TO:    Jones Lang LaSalle
         25 Vanderbilt Avenue
         Hall 1-A
         New York, NY 10017

by leaving a true and accurate copy thereof with

Ms. Laura Blaustein, who identified him/herself as Receptionist.

      Description:   ☐ M   ☒ F

                      height: __5' 5"__

                      weight: __135 lbs__

                      age: __40-45__

                      hair Color: __Brown__

Caucasian/ African American/ Asian/ Hispanic/ Indian/ other <u>Caucasian</u>

                            (Signature of Server)     *Milton Malave*

                            (Print Name)        Milton Malave

Sworn to before me this
18th day of June, 2007

_____
Notary Public

MICHAEL H. ZHU
Notary Public, State of New York
No. 02ZH5058266
Qualified in Queens County
Commission Expires April 1, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Chris Newman

V.

METRO-NORTH COMMUTER RAILROAD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 5622

JUDGE KRAM

TO: (Name and address of Defendant)

Jones Lang LaSalle
25 Vanderbilt Avenue
Hall 1-A
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael H. Zhu, Esquire, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005

of counsel

Paul J. Riley, Esquire
Barish Rosenthal
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, Pa 19103

LAURA BLAUSTEIN

Female
Brown Hair
Brown eye
40-45
5'5
135
white

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 3 2007

J. MICHAEL McMAHON
CLERK                                    DATE

(By) DEPUTY CLERK

Index No.                Year                    RJI No.              Hon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS NEWMAN,

                           Plaintiff,

   -against-

METRO NORTH COMMUTER RAILROAD and JONES LANG LaSALLE

                     Defendants.

## AFFIDAVIT OF PERSONAL SERVICE

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Chris Newman*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

To                                                                                           Signature (Rule 130-1.1-a)

                                                                                                 Print name beneath

Attorney(s) for

Service of a copy of the within                                                                              is hereby admitted.

Dated,
                                                     Attorney(s) for

Please take notice

☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**
that an order                                                                of which the within is a true copy will be presented for
settlement to the HON.                                                                                one of the judges
of the within named court, at
on                                                    at                           M

Dated,                                                     Yours, etc.
                                                MICHAEL H. ZHU, ESQ.
                                                *Attorneys for plaintiff Chris Newman*
                                                *Office and Post Office Address*
To                                                               14 WALL STREET, 22ND FLOOR
                                                NEW YORK, N.Y. 10005

Attorney(s) for