UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRIS NEWMAN,

                Plaintiff,

  -against-                                   NOTICE OF MOTION

                                                    07 Civ. 5622 (DAB)

METRO-NORTH COMMUTER RAILROAD
and JONES LANG LaSALLE,

                Defendants.
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that, on a date and at a time to be set by the Court, defendant METRO-NORTH COMMUTER RAILROAD will move pursuant to Rule 12 and Rule 55 of the Federal Rules of Civil Procedure for an Order granting a default judgment against defendant JONES LANG LaSALLE for failure to Answer or otherwise appear in this matter.

Dated:  New York, New York
          November 14, 2007

                                Respectfully submitted,

                                Richard K. Bernard
                                General Counsel, Metro-North Commuter Railroad
                                Attorney for Defendant

                                By:     S/_____
                                    Ioana Wenchell (IW - 4775)
                                    Associate Counsel
                              347 Madison Avenue
                              New York, New York   10017
                               (212) 340-2203

TO:   Michael H. Zhu, Esq.
       Attorney for Plaintiff
       14 Wall Street, 22nd Floor
       New York, New York 10005
       212-227-2245 – MHZ/7500
       Of Counsel to:

Barish Rosenthal
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, PA 19103

Jones Lang LaSalle
25 Vanderbilt Avenue, Hall 1-A
New York, New York 10017

STATE OF NEW YORK   :
                    :ss:
COUNTY OF NEW YORK:

LAURA MATTHEWS, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in the Bronx, New York.

On November __15__, 2007, I served a true copy of the annexed Notice of Motion and Affirmation in Support, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Michael H. Zhu, Esq.
Attorney for Plaintiff
14 Wall Street, 22nd Floor
New York, New York  10005
212-227-2245
Of Counsel to:
Barish Rosenthal
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, PA 19103

Jones Lang LaSalle
Defendant
25 Vanderbilt Avenue, Hall 1-A
New York, New York  10017

   __S/_____
LAURA MATTHEWS

Sworn to before me this
 __15___ day of November, 2007

 _S/_____
NOTARY PUBLIC

Newman,Chris