UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

CHRIS NEWMAN                              06-CIV-5622 [DAB]
                    Plaintiff,

      -against-
                                         **NOTICE OF MOTION**
METRO-NORTH COMMUTER RAILROAD            **FOR DEFAULT JUDGMENT**
JONES LANG LaSALLE,

                    Defendants,
------------------------------X

      **PLEASE TAKE NOTICE**, that upon the annexed affirmation of Michael

H. Zhu, Esq, and the exhibits annexed thereto, that on November ___,

2007 the undersigned will move this Court before the Honorable Debra

A. Batts, at the United States Courthouse for the Southern District

of New York, pursuant to Rule 12 and Rule 55 of the Federal Rules

of Civil Procedure for an Order granting a default judgment against

defendant JONES LANG LaSALLE for failure to Answer or otherwise appear

in this matter.

Dated:     New York, New York
           November 15, 2007


                              Respectfully,

                              Michael H. Zhu, Esq, PC


                         By:  Michael H. Zhu, Esq [MZ7500]
                              Attorneys for Plaintiff
                              14 Wall Street, 22nd Floor
                              New York, NY 10005
                              (212) 227-2245


TO:   Ioana Wenchell, Esq. [IW-4775]
      Metro-North Commuter Railroad
      347 Madison Avenue
      New York, NY 10017

Jones Lang LaSalle
25 Vanderbilt Avenue
Hall 1-A
New York, NY 10017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
CHRIS NEWMAN                                    CIVIL ACTION
               *Plaintiff*

        -against-                               07 CIV. 5622 (DAB)

METRO-NORTH COMMUTER RAILROAD                   **ATTORNEY AFFIRMATION**
                                                **IN SUPPORT OF MOTION**
        AND                                     **FOR DEFAULT JUDGMENT**

JONES LANG LaSALLE

               *Defendants.*
---------------------------------------X

        Michael H. Zhu, an attorney admitted to practice before the
United States District Court in the Southern District of New York,
affirms under the penalties of perjury, as follows:

        1.    I am a member of MICHAEL H ZHU, Esq. P.C., co-counsel for
plaintiff, Chris Newman.  As such, I am familiar with the pleadings
and proceedings in this action based on a review of the file maintained
in this action.

        2.    I submitted this Affirmation in support of the instant
motion pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local
Rule 55.2(b) of the Civil Rules for the Southern District of New
York, in support of plaintiff's application for the entry of a default
judgment against defendant, Jones Lang LaSalle ("defendant").

        3.    This is an action to recover damages against defendant
for injuries sustained by plaintiff in an accident which occurred
on July 17, 2005.

        4.    Jurisdiction of the subject matter of this action is based
on supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

5.   This action was commenced on June 14, 2007 by the filing of the Summons and Complaint [**Exhibit A**].

6.   A copy of the Summons and Complaint was served on the defendant on June 18, 2007 by personal service on Laura Blanstein by handing her a copy of same.  [**Exhibit B**]

7.   Proof of service by the Special Process Sever was filed on June 26, 2007.  [**Exhibit C**]

8.   The defendant has not answered the Complaint and the time for the defendant to answer the Complaint has expired.

9.   An Affidavit in support of an application for a Certificate of Default pursuant with Local Civil Rule 55.1 was filed with the clerk on November 14, 2007 (**EXHIBIT D**).

10.  A proposed default judgment is annexed for the Court's convenience.

**WHEREFORE,** plaintiff requests his Motion for Judgment by Default be GRANTED.  A proposed Order is enclosed.

Dated:     New York, New York
           November 15, 2007

MICHAEL H. ZHU, ESQUIRE, P.C.

by: _____

MICHAEL H. ZHU, ESQUIRE
Attorney for the Plaintiff
14 Wall Street Street, 22nd Floor
New York, NY 10005
212-227-2245
212-619-4350(fax)

OF COUNSEL:
BARISH ◆ ROSENTHAL

RUDOLPH V. DeGEORGE, II, ESQUIRE
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
215 923-8900/fax 215 351-0593

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CHRIS NEWMAN                            CIVIL ACTION
110 Orchard Street
Mt. Vernon, New York 10552
                    Plaintiff

        - vs-                          07 CIV 5622 (DAB)

METRO-NORTH COMMUTER RAILROAD
347 Madison Avenue
New York, NY 10017

        AND                            DEFAULT JUDGMENT

JONES LANG LaSALLE
25 Vanderbilt Avenue
Hall 1-A
New York, New York 10017

                    Defendant
----------------------------------------x
```

This action having commenced on June 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Jones, Lang LaSalle, on June 18, 2007 by Laura Blanstein by handing her a copy of same, and a proof of service having been filed on June 26, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED and DECREED**: That the plaintiff have judgment against defendant.

Date:      New York, New York
           November 14, 2007

                                    _____
                                    Debra A. Batts,
                                    USDJ

This document was entered on the
docket on _____ .

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

CHRIS NEWMAN                          :        CIVIL ACTION
110 Orchard Street                    :
Mt. Vernon, New York 10552            :
                        *Plaintiff*   :
                                      :        Index No.
    - vs-                             :
                                      :
METRO-NORTH COMMUTER                  :
RAILROAD                              :
347 Madison Avenue                    :
New York, NY 10017                    :
                                      :
                                      :
        AND                           :
                                      :
                                      :
JONES LANG LaSALLE                    :
25 Vanderbilt Avenue                  :        **COMPLAINT**
Hall 1-A                              :
New York, New York 10017              :
                        *Defendant*   :

——————————————————— x



JUDGE KRAM

07 CIV 5622

RECEIVED
JUN 1 3 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff, Chris Newman claims of the defendant a sum in excess of One Hundred Thousand ($100,000.00) Dollars in damages, plus costs and disbursements, upon a cause of action whereof the following is a statement:

1.      Plaintiff, Chris Newman, is a citizen and resident of Mt. Vernon, New York 10552.

2.      Defendant, Metro-North Commuter Railroad , at all times herein mentioned, was a corporation duly organized and existing according to law, engaged and engaging in the business of owning and operating a line and systems of railroads and railroad properties as a common carrier by railroad of goods and passengers for hire in interstate commerce, and transportation in, through and between various and several states of the United States, and doing business and having an office in the City of New York, State of New York.

3.    Defendant, Jones Lang LaSalle, is alleged and therefore averred to be a corporation, partnership, and/or other business entity, licenced to transact business in the State of New York, with their regular place of business located therein at 25 Vanderbilt Avenue, Hall 1-A, New York, New York 10017.

4.    At all times relevant thereto, defendant, Jones Lang LaSalle was acting as an agent, servant, workmen, contractor, and/or a subcontractor of defendant, Metro-North Commuter Railroad. In the alternative, defendant, Jones Lang LaSalle was acting as an independent contractor of defendant, Metro-North Commuter Railroad.

## COUNT - I
### Chris Newman v. Metro North Commuter Railroad

4.    Plaintiff incorporates the aforementioned averments as if fully set forth in length.

5.    Plaintiff, at all times mentioned and for sometime prior thereto, was in the employment of the defendant as a mason foreman in its business of interstate commerce and transportation by railroad.

6.    This action is brought under the Federal Employers' Liability Act, 45 U.S.C.A., §51-60.

7.    On or about July 17, 2005, at Grand Central Terminal, plaintiff was traversing the "D" Hall stairs when he was caused to slip, trip and otherwise fall to the ground by way of the presence of water and/or other liquid substance on the stairs, thereby causing him to suffer severe and serious injuries and damages through the course and scope of his employment with defendant, Metro-North Commuter Railroad.

8.    At the said time, defendant, Metro-North Commuter Railroad was guilty of the

following acts of negligence and unlawful conduct which directly and proximately caused the accident and injuries in question:

    a.    failure to maintain and repair the premises, specifically the floors and stairs, in a condition which would protect and safeguard persons lawfully upon said premises;

    b.    permitting said premises, specifically the floors and stairs, to become and remain defective so as to constitute a menace, danger, nuisance and/or trap to persons lawfully upon said premises;

    c.    failure to have the premises, specifically the floors and stairs, inspected at reasonable intervals in order to determine the condition of same;

    d.    allowing the presence of water or other liquid and/or other defective conditions to remain on said premises;

    e.    failure to warn persons lawfully upon said premises of the dangerous conditions existing thereon;

    f.    failure to barricade and/or otherwise post warning signs so as to protect and safeguard plaintiff and other persons lawfully upon said premises;

    g.    failure to provide a safe workplace.

9.    The injuries in question were caused solely by the negligence of defendant's servants, agents, employees, contractors, subcontractors and/or independent contractors, and were in no way caused by any negligence of plaintiff.

10.    As a direct and proximately result of defendant's negligence and unlawful conduct, plaintiff was caused to suffer personal injuries.

WHEREFORE, plaintiff demands judgment against the defendant in an amount in excess of One Hundred Thousand ($100,000.00) Dollars, plus costs and disbursements incurred herein.

## COUNT - I I
### Chris Newman v. Jones Lang LaSalle

11.    Plaintiff hereby incorporates the aforementioned averments as if fully set forth in length.

12.    At the said time, defendant, Jones Lang LaSalle was guilty of the following acts of negligence and unlawful conduct which directly and proximately caused the accident and injuries in question:

    a.    failure to maintain and repair the premises, specifically the floors and stairs, in a condition which would protect and safeguard persons lawfully upon said premises;

    b.    permitting said premises, specifically the floors and stairs, to become and remain defective so as to constitute a menace, danger, nuisance and/or trap to persons lawfully upon said premises;

    c.    failure to have the premises, specifically the floors and stairs, inspected at reasonable intervals in order to determine the condition of same;

    d.    allowing the presence of water or other liquid and/or other defective conditions to remain on said premises;

    e.    failure to warn persons lawfully upon said premises of the dangerous conditions existing thereon;

    f.    failure to barricade and/or otherwise post warning signs so as to protect and safeguard plaintiff and other persons lawfully upon said premises;

13.    The injuries in question were caused solely by the negligence of defendants, its servants, agents and/or employees, and were in no way caused by any negligence of plaintiff.

14.    As a direct and proximately result of defendant's negligence and unlawful conduct,

plaintiff was caused to suffer personal injuries.

WHEREFORE, plaintiff demands judgment against the defendant in an amount in excess of

One Hundred Thousand ($100,000.00) Dollars, plus costs and disbursements incurred herein.

MICHAEL ZHU, ESQUIRE, P.C.

by: _____

MICHAEL ZHU, ESQUIRE ( *MH2-7500* )
Attorney for the Plaintiff
14 Wall Street Street, 22nd Floor
New York, NY 10005
212-227-2245
212-227-2265(fax)

OF COUNSEL:
BARISH ◆ ROSENTHAL
RUDOLPH V. DeGEORGE, II, ESQUIRE
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
215 923-8900/ fax 215 351-0593

# VERIFICATION

I, MICHAEL ZHU, Esquire, hereby states that I am the attorney for the Plaintiff herein and verifies that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief; and that this statement is made subject to the penalties relating to unsworn falsification to authorities.

Date: 6/12/07

MICHAEL ZHU, ESQUIRE MHZ 7500

Index No.           Year              RJI No.              Hon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS NEWMAN,

                         Plaintiff,

        -against-

METRO-NORTH COMMUTER RAILROAD and JONES LANG LaSALLE

                Defendants.

## VERIFIED COMPLAINT

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Chris Newman*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

| To | Signature (Rule 130-1.1-a) |
|---|---|
| | ............................................... |
| | Print name beneath |
| Attorney(s) for | |

Service of a copy of the within                    is hereby admitted.

Dated,                          ...............................................
                                Attorney(s) for

Please take notice

NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

NOTICE OF SETTLEMENT
that an order                          of which the within is a true copy will be presented for
settlement to the HON.                                one of the judges
of the within named court. at
on                      at          M

Dated,                          Yours, etc.
                                MICHAEL H. ZHU, ESQ.
                                *Attorneys for plaintiff Chris Newman*
To                              *Office and Post Office Address*
                                   14 WALL STREET, 22ND FLOOR
Attorney(s) for                 NEW YORK, N.Y. 10005

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRIS NEWMAN,                                             07CIV5622 SWK

                              Plaintiff,          **AFFIDAVIT OF**
                                                   **PERSONAL SERVICE**
        -against-

METRO-NORTH COMMUTER RAILROAD,
and, JONES LANG LaSALLE

                              Defendants.
------------------------------------------------------------X

STATE OF NEW YORK     )
                      :ss.:
COUNTY OF NEW YORK )

        Milton Malave, being duly sworn, deposes and says:

    I am not a party to this action, I am over 18 years of age and I reside in Brooklyn,
New York.

        On June 18, 2007, I hand delivered and personally served a Summons and Complaint
upon the party identified below:

TO:    Jones Lang LaSalle
       25 Vanderbilt Avenue
       Hall 1-A
       New York, NY 10017

       by leaving a true and accurate copy thereof with

Ms. Laura Blaustein, who identified him/herself as Receptionist.

        Description:   ⌐M    ☒ F

                        height: __5' 5"__

                        weight: ___135 lbs__

                        age:    __40-45__

                        hair Color: __Brown__

Caucasian/African American/Asian/Hispanic/Indian/other <u>Caucasian</u>

(Signature of Server)    *Milton Malave*

(Print Name)    Milton Malave

Sworn to before me this
18th day of June, 2007

Notary Public

MICHAEL H. ZHU
Notary Public, State of New York
No. 02ZH5058266
Qualified in Queens County
Commission Expires April 1, 19 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

Chris Newman

**SUMMONS IN A CIVIL ACTION**

V.

METRO-NORTH COMMUTER RAILROAD

CASE NUMBER:

**07 CIV 5622**

**JUDGE KRAM**

TO: (Name and address of Defendant)

Jones Lang LaSalle
25 Vanderbilt Avenue
Hall 1-A
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael H. Zhu, Esquire, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005

of counsel

Paul J. Riley, Esquire
Barish Rosenthal
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, Pa 19103

*LAURA BLAUSTEIN* *Female
Brown Hair
Brown eye
40-45
5'5
135
White*

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 3 2007

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

Index No.                    Year                    RJI No.                    Hon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS NEWMAN,

                                    Plaintiff,

        -against-

METRO NORTH COMMUTER RAILROAD and JONES LANG LaSALLE

                        Defendants.

---

## AFFIDAVIT OF PERSONAL SERVICE

---

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Chris Newman*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

---

To                                          Signature (Rule 130-1.1-a)

                                            ................................................
                                            Print name beneath

Attorney(s) for

Service of a copy of the within                             is hereby admitted.

Dated.                                      ................................................
                                            Attorney(s) for

---

Please take notice

☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT
that an order                                of which the within is a true copy will be presented for
settlement to the HON.                                              one of the judges
of the within named court. at
on                          at            M

Dated.                                      Yours. etc.
                                            MICHAEL H. ZHU, ESQ.
                                            *Attorneys for plaintiff Chris Newman*
                                            *Office and Post Office Address*
To                                             14 WALL STREET, 22ND FLOOR
                                               NEW YORK, N.Y. 10005
Attorney(s) for

**EXHIBIT C**

**Michael Zhu**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, June 26, 2007 5:12 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-05622-SWK Newman v. Metro-North Commuter Railroad et al Affidavit of Service Complaints |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**United States District Court for the Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Zhu, Michael on 6/26/2007 at 5:11 PM EDT and filed on 6/26/2007
**Case Name:**       Newman v. Metro-North Commuter Railroad et al
**Case Number:**    1:07-cv-5622
**Filer:**                Chris Newman
**Document Number:** 3

**Docket Text:**
AFFIDAVIT OF SERVICE. Jones Lang LaSalle served on 6/18/2007, answer due 7/9/2007. Service was accepted by Laura Blaustein. Document filed by Chris Newman. (Zhu, Michael)

**1:07-cv-5622 Notice has been electronically mailed to:**

Michael H. Zhu    mzhu@mzhulaw.com, mzhu@ztlawfirm.com, mzhuesq@gmail.com

**1:07-cv-5622 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/26/2007] [FileNumber=3518642-0
] [9d3b1db95b6a388dea4ebe0f3cdd7c114dcb30cd19e35d04d0f588d6eac491d09bf
05cfde6dac926bf9c9b3711175c8113c3cecb15bdaebb99b428597ba0d1a3]]

**EXHIBIT D**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x

CHRIS NEWMAN                              :    CIVIL ACTION
110 Orchard Street                        :
Mt. Vernon, New York 10552                :
    *Plaintiff*                       :
  - vs -                                :    Index No. 07 CIV. 5622 (J. Kram)
                                          :
METRO-NORTH COMMUTER                      :
RAILROAD                                  :
347 Madison Avenue                        :
New York, NY 10017                        :
                                          :
    AND                           :    **AFFIRMATION FOR
                                          :    JUDGMENT BY DEFAULT**
                                          :
JONES LANG LaSALLE                        :
25 Vanderbilt Avenue                      :
Hall 1-A                                  :
New York, New York 10017                  :
    *Defendant*                       :

———————————————————— x

      **Michael H. Zhu, Esq.,** an attorney admitted to practice before the United States District Court for the Southern District of New York, affirms under the penalties of perjury, as follows:

      1.    I am a member of Michael H. Zhu, Esq. PC, local counsel to Barish Rosenthal attorneys of record for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

      2.    I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant, Jones Lang LaSalle ("defendant").

      3.    This is an action to recover damages against defendant for injuries sustained by plaintiff in an accident which occurred on July 17, 2005.

      4.    Jurisdiction of the subject matter of this action is based on a federal question

predicated on defendants' violation of the Federal Employers' Liability Act, 45 USCA § 51-60.

5.    This action was commenced on June 14, 2007 by the filing of the Summons and Complaint (Document 1).   A copy of the Summons and Complaint was served on the defendant on June 18, 2007 by personal service on Laura Blanstein by handing her a copy of same.   Proof of service was filed.   The defendant has not answered the Complaint and the time for the defendant to answer the Complaint has expired.

**WHEREFORE**, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: New York, New York
       November 14, 2007

_____/S_____
MICHAEL ZHU, ESQUIRE

**Michael Zhu**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, November 14, 2007 4:59 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-05622-DAB Newman v. Metro-North Commuter Railroad et al Motion for Default Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Zhu, Michael on 11/14/2007 at 4:58 PM EST and filed on 11/14/2007
**Case Name:**      Newman v. Metro-North Commuter Railroad et al
**Case Number:**    1:07-cv-5622
**Filer:**          Chris Newman
**Document Number:** 11

**Docket Text:**
MOTION for Default Judgment as to *defendant Jones Lang LaSalle*. Document filed by Chris Newman. (Attachments: # (1) Exhibit complaint# (2) Exhibit Affidavit of personal service on Jones Lang)(Zhu, Michael)

**1:07-cv-5622 Notice has been electronically mailed to:**

Ioana Wenchell     wenchell@mnr.org

Michael H. Zhu     mzhu@mzhulaw.com, mzhuesq@gmail.com

**1:07-cv-5622 Notice has been delivered by other means to:**

Rudolph V. DeGeorge , II
Barnish Rosenthal
1717 Arch Street
Philadelphia, PA 19046

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/14/2007] [FileNumber=4000587-0] [85222e99b8168a64aa2120221c48830d916258caeb90bbe45e6f9ffd4d4ff13ef5

124652d42a1d31b35ef2592c9141c484e01481ba4930c31a95ab9ecbe7e719]]
**Document description:**Exhibit complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/14/2007] [FileNumber=4000587-
1] [14227d2fde748f2213e0dc430de389c29e065a86941613da3a0e693095194987dd
3e28a35e64fa0bb8ac6270ae0f10317cf9b5335ddf7d9e715452cc06d70f72]]
**Document description:**Exhibit Affidavit of personal service on Jones Lang
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/14/2007] [FileNumber=4000587-
2] [3bd55c5702cdcf2becaea197ea4511f8380e22cfc1310a28b918d85abdca93899a
009521fe0f355b92c6ad3f338c5bb1719b6e5dfe19a139ec927336168b0b03]]

2

**Michael Zhu**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, November 15, 2007 12:13 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-05622-DAB Newman v. Metro-North Commuter Railroad et al Affirmation in Support |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Zhu, Michael on 11/15/2007 at 12:12 PM EST and filed on 11/15/2007

| | |
|---|---|
| **Case Name:** | Newman v. Metro-North Commuter Railroad et al |
| **Case Number:** | 1:07-cv-5622 |
| **Filer:** | Chris Newman |

**Document Number:** 14

**Docket Text:**
AFFIRMATION of Michael H. Zhu in Support. Document filed by Chris Newman. (Attachments: # (1) Exhibit Complaint# (2) Exhibit Affidavit of Service on Jones Lang LaSalle)(Zhu, Michael)

**1:07-cv-5622 Notice has been electronically mailed to:**

Ioana Wenchell     wenchell@mnr.org

Michael H. Zhu     mzhu@mzhulaw.com, mzhuesq@gmail.com

**1:07-cv-5622 Notice has been delivered by other means to:**

Rudolph V. DeGeorge , II
Barnish Rosenthal
1717 Arch Street
Philadelphia, PA 19046

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/15/2007] [FileNumber=4003350-

0] [72c179fa7703f3207cb9031669ce9648c2dcbd246b4edea0ee876c498b067c6881 f7a89af6c9bc58420b0192dec8fcffd37b290580e9a2675cb24fed9c8d665f]]

**Document description:**Exhibit Complaint

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=11/15/2007] [FileNumber=4003350-1] [4f230568d4d29e38bc7dbffc1fb17a0361ac96b03fd20622925f2ae1b5b28c09bd ee6b8e7c0a4cb19c7c6902065b77a36ac0443066c54327672ad0ecd3d2ebd2]]

**Document description:**Exhibit Affidavit of Service on Jones Lang LaSalle

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=11/15/2007] [FileNumber=4003350-2] [5740f30103ebe288d8236b9820d0e32410b8dd866f2e266fe4f576c0253972b6b4 75f3d0cbc755452ffde52f6bb41b47e42cc9f75349806516c43b857e18df4e]]

## AFFIRMATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JONES LANG LASALLE to defendants was served by first-class mail, postage prepaid, upon:

    Ioana Wenchell, Esq.
    Metro-North Commuter Railroad
    347 Madison Avenue
    New York, New York 10017

    Jones Lang LaSalle,
    25 Vanderbilt Avenue
    New York, NY 10017

on this 15TH  day of November, 2007.


                Michael H. Zhu, Esq. PC
                Attorneys for
                Plaintiff Chris Newman

        By: _____
                Michael H. Zhu

                14 Wall Street - 22nd Floor
                New York, New York 10005-1198
                (212) 227-2245

Docket No.    06-CV-5622    DAB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS NEWMAN,

                                        Plaintiff.

        -against-

METRO NORTH COMMUTER RAILROAD and JONES LANG LaSALLE

                                        Defendants.

## NOTICE OF MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT JONES LANG LASALLE

### MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Chris Newman*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

| To | Signature (Rule 130-1.1-a) |
|---|---|
| | ................................................. |
| | Print name beneath |
| Attorney(s) for | |

Service of a copy of the within                                        is hereby admitted.

Dated,                                        .................................................
                                             Attorney(s) for

Please take notice

**NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

**NOTICE OF SETTLEMENT**
that an order                    of which the within is a true copy will be presented for
settlement to the HON.                    one of the judges
of the within named court, at
on                    at                    M

Dated,                                        Yours, etc.
                                             MICHAEL H. ZHU, ESQ.
                                             *Attorneys for plaintiff Chris Newman*
To                                           *Office and Post Office Address*
                                                14 WALL STREET, 22ND FLOOR
Attorney(s) for                                 NEW YORK, N.Y. 10005