UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHRIS NEWMAN,

                                Plaintiff,

                                                    07 Civ. 5622 (DAB)

        -against-

                                            **STIPULATION WITHDRAWING
METRO-NORTH COMMUTER                             CROSS-CLAIM**
RAILROAD and JONES LANG LaSALLE,

                                Defendants.

S I R S:

        *IT IS HEREBY STIPULATED*, that Defendant METRO-NORTH COMMUTER

RAILROAD withdraws the cross-claim in its answer against the co-defendant JONES LANG

LaSALLE.

DATED:  New York, New York
        November 28, 2007

BARISH AND ROSENTHAL                    RICHARD K. BERNARD
                                        GENERAL COUNSEL, METRO-NORTH

*Rudolph V. De George, II*              *Ioana Wenchell*
By: Rudolph V. De George, II, Esq.      By: Ioana Wenchell, Esq. – IW/4775
Attorneys for Plaintiff                 Attorneys for Defendant,
Bell Atlantic Tower                     Metro-North Commuter Railroad
1717 Arch Street – Suite 2040           347 Madison Avenue
Philadelphia, PA  19103                 New York, New York  10017
(215) 923-8900                          (212) 340-2203