347 Madison Avenue
New York, NY 10017-3739
212 340-3000

Peter A. Cannito
President



CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

# MTA Metro-North Railroad

November 21, 2007

**VIA HAND DELIVERY**
Hon. Judge Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:  Chris Newman v. Metro-North Commuter Railroad and Jones Lang LaSalle
     07 Civ 5622

Hon. Judge Batts:

I currently represent Defendant Metro-North Commuter Railroad in the above referenced action.

Defendant Metro-North and Defendant Jones Lang LaSalle have recently agreed that Metro-North should take over representation of Jones Lang LaSalle in this action. I have informed the Plaintiff's counsel, Rudolph V. DeGeorge and he has agreed to allow us an extension of time to file an Amended Answer indicating that this office would now represent both defendants.

Both Plaintiff and this office had recently filed Motions for Default against Jones Lang LaSalle. In view of the recent agreement we would like the Court's permission to withdraw those Motions and file the Amended Answer as stated above.

Therefore, we respectfully request permission form the Court to withdraw the pending Motions for Default and for Metro-North to be allowed to file an Amended Answer on behalf of both Defendants in this action.

Your attention and consideration in this matter is greatly appreciated.

Very truly yours,

Ioana Wenchell
Associate Counsel
(212) 340-2203

CC:  Rudolph V. De George, II, Counsel for Plaintiff

**SO ORDERED**

*Deborah A. Batts* 12/11/07
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*granted DAB 12/11/07*

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York
Peter S. Kalikow, Chairman