UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRIS NEWMAN,

                         Plaintiff,            07 Civ. 5622 (DAB)

    -against-                                RULE 7.1 STATEMENT

METRO-NORTH COMMUTER RAILROAD
347 Madison Avenue
New York, New York 10017

     AND

JONES LANG LaSALLE
25 Vanderbilt Avenue, Hall 1-A
New York, New York 10017

                              Defendants.
-----------------------------------------------------------------X

        METRO-NORTH COMMUTER RAILROAD ("Metro-North") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).  Accordingly, Rule 7.1 does not apply to Metro-North.

        JONES LANG LaSALLE, is a subsidiary of JONES LANG LaSALLE AMERICA's Inc, Chicago Illinois.  The defense and indemnification of JONES LANG LaSALLE in this cause of action has been undertaken by Metro-North.

Dated: New York, New York
       December 19, 2007

                                                   RICHARD K. BERNARD
                                                   GENERAL COUNSEL

                                         By: _____
                                            JESSE A. RAYE

                                         Attorney for Defendants,
                                         Metro-North Commuter Railroad
                                         Jones Lang LaSalle
                                         347 Madison Avenue, 19th Fl.
                                         New York, New York  10017
                                         212-340-2538 JAR 2009