UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRIS NEWMAN,

                         Plaintiff,            07 Civ. 5622 (DAB)

  -against-                                  DEFENDANTS AMENDED
                                                           ANSWER TO PLAINTIFF'S
                                                           COMPLAINT_____

METRO-NORTH COMMUTER RAILROAD
347 Madison Avenue
New York, New York 10017

     AND

JONES LANG LaSALLE
25 Vanderbilt Avenue, Hall 1-A
New York, New York 10017

                         Defendants.
-----------------------------------------------------------------X

       Defendants, Metro-North Commuter Railroad, (hereinafter referred to as "Metro-North") and Jones Lang LaSalle (herein after "LaSalle"), by their attorney, Richard K. Bernard, Esq., as and for their Amended Answer to Plaintiff's Complaint, respond as follows:

       1. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph(s) 1 of the complaint.

       2. Defendant Metro-North denies the allegations contained in paragraph(s) 2 of the Complaint, except Metro-North admits that it is a public benefit corporation, organized pursuant to the laws of the State of New York and engaged in the operation of a railroad system.

       3. Defendant LaSalle admits the allegations contained in paragraph 3 of the complaint.

4. Defendants neither admits nor deny the allegations contained in paragraph 4 of the complaint referring all question of law and fact to judge and jury.

## ANSWERING COUNT I
### Chris Newman v. Metro-North Commuter Railroad

5. Defendant Metro-North repeats and reasserts each and every answer made to paragraph(s) 1 through 4 of plaintiff's complaint in response to the allegations contained in paragraph 4 (sic) of the complaint as if more fully set forth herein.

6. Defendant, Metro-North admits the allegations contained in paragraph(s) 5 and 6 of the complaint.

7. Defendant, Metro-North denies the allegations contained in paragraph(s) 7, 8 a. thru g., 9 and 10 of the complaint.

## ANSWERING COUNT II
### Chris Newman v. Jones Lang LaSalle

8. Defendant LaSalle repeats and reasserts each and every answer made to paragraph(s) 1 through 10 of plaintiff's complaint in response to the allegations contained in paragraph 11 of the complaint as if more fully set forth herein.

9. Defendant LaSalle denies each and every allegation contained in paragraph(s) 12 a. thru f., 13, and 14 of the complaint

**AS AND FOR FIRST AFFIRMATIVE DEFENSE**

10. As and for an affirmative defense, or as a defense in mitigation of damages, the defendants claim that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

## AS AND FOR SECOND AFFIRMATIVE DEFENSE

11. As and for a second affirmative defense, defendants allege that any reference in plaintiff's complaint alleging "guilt" or "unlawful conduct" should be stricken pursuant to F.R.C.P. 12(f).

**WHEREFORE**, the defendants, demand judgment dismissing the complaint and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 18, 2007

RICHARD K. BERNARD
GENERAL COUNSEL

By: /s/ JESSE A. RAYE

Attorney for Defendants,
Metro-North Commuter Railroad &
Jones Lang LaSalle
347 Madison Avenue, 19th Fl.
New York, New York  10017
212-340-2538  JAR-2009

TO:   Michael H. Zhu, Esq.
      Attorney for Plaintiff
      14 Wall Street, 22nd Floor
      New York, New York  10005
      212-227-2245

      Paul Riley Esq.
      Barish & Rosenthal
      Bell Atlantic Tower,
      1717 Arch Street, Suite 4020
      Philadelphia PA 19103
      215-923-8900

(12-13-07-ncfr)

STATE OF NEW YORK   :
                              :ss:
COUNTY OF NEW YORK:


       Nellie Foreman Ramos, being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age and reside in the New York, New York.

       On December _____, 2007, I served a true copy of the annexed Defendants Amended Answer to Plaintiff's Complaint, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   Michael H. Zhu, Esq.
       Attorney for Plaintiff
       14 Wall Street, 22nd Floor
       New York, New York  10005
       212-227-2245

       Paul Riley Esq.
       Barish & Rosenthal
       Bell Atlantic Tower,
       1717 Arch Street, Suite 4020
       Philadelphia PA 19103
       215-923-8900

                                                 _____
                                                 Nellie Foreman Ramos


Sworn to before me this
___day of December, 2007


_____
NOTARY PUBLIC



(12-13-07-ncfr)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRIS NEWMAN,

                 Plaintiff,         07 Civ. 5622 (DAB)

  -against-                       RULE 7.1 STATEMENT

METRO-NORTH COMMUTER RAILROAD
347 Madison Avenue
New York, New York 10017

    AND

JONES LANG LaSALLE
25 Vanderbilt Avenue, Hall 1-A
New York, New York 10017
                Defendants.
---------------------------------------------------------------X

     METRO-NORTH COMMUTER RAILROAD ("Metro-North") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)). Accordingly, Rule 7.1 does not apply to Metro-North.

     JONES LANG LaSALLE, is a subsidiary of JONES LANG LaSALLE AMERICA's Inc, Chicago Illinois. The defense and indemnification of JONES LANG LaSALLE in this cause of action has been undertaken by Metro-North.

Dated:  New York, New York
          December 19, 2007

                                    RICHARD K. BERNARD
                                    GENERAL COUNSEL

                                 By: _____
                                    JESSE A. RAYE

                                  Attorney for Defendants,
                                  Metro-North Commuter Railroad
                                  Jones Lang LaSalle
                                  347 Madison Avenue, 19th Fl.
                                  New York, New York 10017
                                  212-340-2538 JAR 2009

(12-13-07-ncfr)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRIS NEWMAN,

                         Plaintiff,         07 Civ. 5622 (DAB)

  -against-                          DEFENDANT(S) AMENDED
                                              ANSWER TO PLAINTIFF'S
                                              COMPLAINT_____

METRO-NORTH COMMUTER RAILROAD
347 Madison Avenue
New York, New York 10017

     AND

JONES LANG LaSALLE
25 Vanderbilt Avenue, Hall 1-A
New York, New York 10017

                        Defendants.
----------------------------------------------------------------X


212-340-2538                      JESSE A. RAYE            19TH FLOOR




                                     DEFENDANTS