```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
CHRIS NEWMAN                                      07-CV-5622 [DAB]

                        Plaintiff,
     -against-                                    **NOTICE OF
                                                  MOTION FOR
                                                  ADMISSION
                                                  PRO HAC VICE**

METRO NORTH COMMUTER RAILROAD, JONES
LANG LASALLE,

                        Defendants.
--------------------------------------------X
```

**PLEASE TAKE NOTICE**, that upon the annexed attorney affirmation of Michael H. Zhu, affidavit of Paul John Riley, Esq, in support of this Motion and the Certificate of Good Standing annexed thereto, that on _____, 2008 the undersigned will move this Court before the Honorable Deborah A. Batts, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.13(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York for an Order allowing the admission of movant, Paul John Riley, Esquire a member in good standing of the Bar of Pennsylvania, an attorney pro hac to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against either Mr. Riley or your affirmant in any State of Federal Court.

Dated:   New York, New York
         January 21, 2008

                                      Michael H. Zhu, Esq., P.C.

BY: _____/s/ Michael Zhu_____
     Michael Zhu, Esquire
     Attorneys for Plaintiff
     Chris Newman
     14 Wall Street, 22nd Floor
     New York, New York 10005
     (212) 227-2245

TO: Ioana Wenchell, Esq.
    Metro-North Commuter Railroad and
    Jones Lang LaSalle,
    347 Madison Avenue
    New York, New York 10017

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
CHRIS NEWMAN                                    07-CV-5622 [DAB]
                                                **AFFIRMATION IN
                    Plaintiff,                  SUPPORT OF
    -against-                                   MOTION FOR
                                                ADMISSION
                                                PRO HAC VICE**

METRO NORTH COMMUTER RAILROAD, JONES
LANG LASALLE,

                    Defendants.
-------------------------------------------X
```

Michael H. Zhu, an attorney duly admitted to practice before the United States District Court in the Southern District of New York, respectfully affirms under the penalties of perjury, as follows:

1. I am local counsel to the firm of Barish Rosenthal, attorneys of record for Plaintiff. As such, I am familiar with the pleadings and proceedings in this action.

2. I submit this Affirmation in support of the instant motion for an order pursuant to Local Rule 1.13(c) for the admission *pro hac vice* of Paul John Riley, Esquire to participate in the discovery, trial or argument of this particular action, together with such other and further relief as this Court may deem just an proper.

3. I have known the Barish Rosenthal firm and the candidate Paul J. Riley for more than one year professionally, and can attest to his good character and moral standing and, as

such, hereby move for Mr. Riley's admission to the bar of this court for the purpose of co-representing the Plaintiff in this matter[1].

4. Paul John Riley, Esquire has sworn that he is familiar with and will comply with the standards of professional conduct imposed upon members of the New York Bar, including the rules of court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

5. Mr. Riley has been a member of the bar of the Commonwealth of Pennsylvania since November 21, 1988.

6. Mr. Riley has never been subject to disciplinary proceeding in any jurisdiction and is a member in good standing in the aforesaid Court as reflected in the attached Certificate of Good Standing issued by the Supreme Court of Pennsylvania, marked as Exhibit "A" to Mr. Riley's accompanying Affidavit.

Dated:   New York, New York
         January 21, 2008

                                   Michael H. Zhu, Esq., P.C.

                          BY:      _____
                                   Michael Zhu, Esquire
                                   Attorneys for Plaintiff
                                   Chris Newman
                                   14 Wall Street, 22nd Floor
                                   New York, New York 10005
                                   (212) 227-2245

---

[1] Previously, your affiant moved for the pro hac admission of Rudolph DeGeorge, Esq. Said motion was granted without opposition. However, attorney DeGeorge has recently left the Barish Rosenthal firm, thus necessitating this instant motion.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CHRIS NEWMAN                                    07-CV-5622 [DAB]

                        Plaintiff,
    -against-                                   AFFIDAVIT


METRO NORTH COMMUTER RAILROAD, JONES
LANG LASALLE

                        Defendants.
------------------------------------------X
```

Paul John Riley, Esquire, being duly sworn, hereby deposes and says as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania since 1988 and am employed by the law firm of Barish Rosenthal, 1717 Arch Street, Philadelphia, Pennsylvania, attorneys of record for the plaintiff, Chris Newman.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Supreme Court of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Annexed hereto as Exhibit "A" is a Certificate of Good

Standing from the Supreme Court of Pennsylvania.

6. Wherefore your Affiant respectfully submits that I should be permitted to appear as Counsel and advocate pro hac vice in this case.

_____
Paul John Riley, Esq.

Dated:   Philadelphia, PA
         January 21, 2008


Sworn to and before me this 21st day of January, 2008.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE M. NUCIFORO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 16, 2010



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Paul John Riley, Esq.*

**DATE OF ADMISSION**

*November 21, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 28, 2008

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRIS NEWMAN                                    07-CV-5622 [DAB]

                    Plaintiff,
    -against-                                   **ORDER FOR
                                                ADMISSION
                                                PRO HAC VICE**

METRO NORTH COMMUTER RAILROAD,
JONES LANG LaSALLE


                    Defendants.
------------------------------------X
```

**AND NOW**, this ___ day of January, 2008 upon consideration of Mr. Paul John Riley, Esq, Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.13(c), and any response thereto, said Motion is **GRANTED**.

BY THE COURT:

_____
U.S.D.J.

## AFFIRMATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE, ATTORNEY'S AFFIRMATION AND AFFIDAVIT to defendants was served by first-class mail, postage prepaid, upon:

    Ioana Wenchell, Esq.
    Metro-North Commuter Railroad
    And Jones Lang LaSalle
    347 Madison Avenue
    New York, New York 10017

on this 31st ~~23rd~~ day of January, 2008.


                                        Michael H. Zhu, Esq. PC
                                        Attorneys for
                                        Plaintiff Chris Newman

By: _____
                Michael H. Zhu

                                        14 Wall Street - 22nd Floor
                                        New York, New York 10005-1198
                                        (212) 227-2245

Docket No.   06-CV-5622   DAB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS NEWMAN,

                              Plaintiff,

-against-

METRO NORTH COMMUTER RAILROAD and JONES LANG LaSALLE

                              Defendants.

## NOTICE OF MOTION FOR PRO HAC ADMISSION

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Chris Newman*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

To                                                 Signature (Rule 130-1.1-a)

                                                       ..................................................
                                                       Print name beneath
Attorney(s) for

Service of a copy of the within                                         is hereby admitted.

Dated,                                             ..................................................
                                               Attorney(s) for

Please take notice

NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

NOTICE OF SETTLEMENT
that an order                            of which the within is a true copy will be presented for
settlement to the HON.                                           one of the judges
of the within named court, at
on                           at                     M

Dated,                                            Yours, etc.
                                           MICHAEL H. ZHU, ESQ.
                                           *Attorneys for plaintiff Chris Newman*
To                                           *Office and Post Office Address*
                                           14 WALL STREET, 22ND FLOOR
Attorney(s) for                               NEW YORK, N.Y. 10005