```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRIS NEWMAN

                    Plaintiff,

     -against-                              ORDER FOR
                                            ADMISSION
                                            PRO HAC VICE
METRO NORTH COMMUTER RAILROAD,
JONES LANG LaSALLE


                    Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

07-CV-5622 [DAB]

**AND NOW**, this ___ day of January, 2008 upon consideration of Mr. Paul John Riley, Esq, Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.13(c), and any response thereto, said Motion is **GRANTED**.

                                   BY THE COURT:

                                   _Deborah A. Batts_
                                   U.S.D.J.   February 14, 2008