USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: June 2, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
CHRIS NEWMAN                                :    CIVIL ACTION
            Plaintiff                       :
                                            :    Index No. 07 CIV 5622 (DAB)
    -vs-                                    :    (J. Kram)
                                            :
METRO-NORTH COMMUTER                        :
RAILROAD                                    :
    AND                                     :    STIPULATION OF
JONES LANG LaSALLE                          :    DISCONTINUANCE
                                            :    WITH PREJUDICE
            Defendants                      :
---------------------------------------x

IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED, by and between the undersigned attorneys of record for all the parties appearing in the above-entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and on the merits, each party to bear its own costs.

IT IS FURTHER STIPULATED, CONSENTED TO, AND AGREED, that this stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       May 2, 2008

                                    Yours, etc.,

                                    BARISH ♦ ROSENTHAL

                                    _____
                                    Paul J. Riley, Esquire
                                    BARISH♦ROSENTHAL
SO ORDERED                          1717 Arch Street, Suite 4020
                                    Philadelphia, PA 19103

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
June 2, 2008